# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

| | |
|---|---|
| LOEB PROPERTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | No.: 2:08-CV-2093-JPM-dkv |

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, Loeb Properties, Inc. ("LOEB"), and the Defendant, Federal Insurance Company ("Federal"), hereby jointly provide notice that they have reached an agreement in principle to settle any and all issues that were pending between them in this litigation, and Loeb and Federal are currently finalizing all necessary settlement documents.

A hearing is currently scheduled for January 14, 2010 in relation to Federal's Bill of Costs. In light of the parties' settlement, the hearing is unnecessary and should be stricken.

Respectfully submitted,

s/John S. Golwen
John S. Golwen (#14324)
William G. Whitman (#23376)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 950
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999

*Attorneys for Loeb Properties Inc.*

494663                                       1

s/Fred C. Statum, III
Sam H. Poteet, Jr. (#10084)
Fred C. Statum, III (#14995)
Jeffrey S. Price (#19550)
MANIER & HEROD, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, Tennessee 37219
Phone: (615) 244-0030
Fax: (615) 242-4203

*Attorneys for Federal Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded via court's electronic filing system to John S. Golwen at 100 Peabody Place, Suite 950, Memphis, TN, 38103 on this 6th day of January, 2010.

s/Fred C. Statum, III

494663　　　　　　　　　　　　2