# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 11, 2010

Mr. John S. Golwen
Bass, Berry & Sims
100 Peabody Place
Suite 900
Memphis, TN 38103

Mr. Fred C Statum III
Manier & Herod
150 Fourth Avenue, N.
Suite 2200 One Nashville Place
Nashville, TN 37219

Re: Case No. 09-6320, *Loeb Properties, Inc. v. Federal Insurance Company*
Originating Case No. : 08-02093

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Teresa Mack
Mediation Administrator
Direct Dial No.

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 09-6320

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LOEB PROPERTIES, INC.,

    Plaintiff - Appellant

v.

FEDERAL INSURANCE COMPANY,

    Defendant - Appellee

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33(d), RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: February 11, 2010